## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
:
**TOMAS OLIVIERI** : **CASE ACTION NO.:**
    *Plaintiff* :
: **3:16-cv-01676**
:
**v.** :
:
**ARROW ELECTRONICS, INC.** :
    *Defendant* : **NOVEMBER 1, 2017**
_____:

### NOTICE AND CERTIFICATION OF COMPLIANCE WITH COURT ORDER

The undersigned counsel for Plaintiff, Tomas Olivieri, hereby gives notice and certifies that he has sent a copy of the Court's October 31, 2017 Order (Docket Entry No. 35) to Plaintiff, Tomas Olivieri, on this date, November 1, 2017, via certified mail, return receipt requested, in accordance with the same.

                                                        COUNSEL FOR PLAINTIFF,

By:_____
     Matthew D. Paradisi (ct29915)
     Cicchiello & Cicchiello, LLP
     364 Franklin Avenue
     Hartford, CT 06114
     Tel: (860) 296-3457
     Fax: (860) 296-0676
     Juris No.:  419987
     Email: mparadisi@cicchielloesq.com

**ELECTRONIC CERTIFICATION OF SERVICE**

    I hereby certify that on November 1, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Matthew D. Paradisi (ct29915)